IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08CR78-W

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| CARLO ANTONIO TESTORE, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Motions for Admission Pro Hac Vice (document ## 14 and 15) of defense counsel Robert Targ and Michael Diaz. For the reasons set forth therein, the Motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: September 8, 2008

_Carl Horn, III_

Carl Horn, III
United States Magistrate Judge