FILED
CHARLOTTE, NC

SEP 1 0 2009

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CARLO ANTONIO TESTORE,<br>a/k/a Carlos Testori<br><br>Defendant. | CRIMINAL NO. 3:08 cr 78 - FDW |

### ORDER

Upon consideration of the motion by the United States of America for the issuance of a letter rogatory to the appropriate judicial authorities in Andorra.

IT IS HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that the letter rogatory be submitted to the court in duplicate, one original to be retained in the court's files and the other original to be signed by the court and delivered to Peter B. Loewenberg, Senior Trial Attorney or Patrick M. Donley, Senior Litigation Counsel Fraud Section, Criminal Division, Department of Justice, for translation and transmittal through suitable channels to the appropriate judicial authorities in Andorra.

Date: 9/10/09

Honorable Judge Frank Whitney
United States District Court